TACHA, J.,
concurring.
I concur in the result. I agree that we must reverse the district court’s order of dismissal. I write separately to emphasize that litigants are generally bound by the mistakes of their attorneys and that district courts maintain wide discretion to dismiss cases accordingly. I also cannot agree with the majority’s view that the respondent suffered no prejudice and that the district court did not consider the propriety of proceeding with Mr. Davis’s original petition. Nevertheless, this is a most unusual case in which counsel for Mr. Davis essentially admitted professional misconduct to the district court. Thus, while this case would normally be dismissible, I would hold that because the court was on notice that counsel failed his duty of competent and diligent representation to a pro bono client, the court should not have aimed the sanction toward the client but should have fashioned an alternative remedy.